UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPTEC S.A. de C.V., a Mexican corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>GORDON MEYERS, individually and doing business as MEYERS TRANSPORTATION SERVICES,<br><br>            Defendants, | No. 2:14-CV-00998-KJM-EFB<br><br>ORDER |

        At the initial scheduling conference held on September 4, 2014, the parties requested referral to the court's Voluntary Dispute Resolution Program (VDRP) in thirty-five days, if the case was not stayed.

        Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to the VDRP in sixty days from the filed date of this order, for the convening of a VDRP session to take place in thirty to sixty days thereafter.  A principal with full settlement authority for each party shall appear at the VDRP session.

        In the event no VDRP panelist is available during the time frame set forth above, the case will be referred to another judge of this court for settlement.

/////

1   The parties are reminded to promptly notify the court if they settle this case prior
2   to the scheduled VDRP conference date.
3   DATED: November 3, 2014.

_____
UNITED STATES DISTRICT JUDGE