1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EPTEC S.A. de C.V.,                        No.  2:14-cv-00998-KJM-EFB

12              Plaintiff,

13        v.                                     ORDER

14   GORDEN MEYERS,

15              Defendant.

16   _____

17

18             Pursuant to plaintiff's notice of settlement on September 9, 2015, ECF No. 16, the

19   court determined the case has settled and ordered the parties to file dispositional documents no

20   later than December 14, 2015, ECF No. 17.  As of the date of this order, no dispositional

21   documents have been filed.  Parties are ORDERED TO SHOW CAUSE within seven (7) days

22   why they should not be fined $250 for failing to comply with this court's order.

23             IT IS SO ORDERED.

24    DATED:  May 16, 2016

25

26                                              _____
                                                UNITED STATES DISTRICT JUDGE
27

28

                                                1