UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EPTEC S.A. de C.V., a Mexican corporation, | No. 2:14-cv-00998-KJM-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GORDON MEYERS, individually and doing business as MEYERS TRANSPORTATION SERVICES, | |
| Defendant. | |

On September 10, 2015, pursuant to representations of plaintiff, the court determined this case had settled. ECF No. 17. The court ordered the parties to file dispositional documents no later than December 14, 2015. *Id.* As of May 17, 2016, no dispositional documents had been filed, so the court ordered the parties to show cause why they should not be fined $250.00. ECF No. 18. Later that day, counsel for plaintiff filed a declaration responding to the court's order, in which he represented that the parties had been unable to resolve disputes regarding the "terms and consummation" of the settlement agreement. ECF No. 19. He requested on plaintiff's behalf that the court dismiss the action without prejudice, bringing the action to a close. *Id.*

1

1    Upon consideration of the declaration of plaintiff's counsel (ECF No. 19), and
2 good cause appearing therefore, the court DISCHARGES its May 17, 2016 order to show cause
3 and DISMISSES the action without prejudice pursuant to Federal Rule of Civil Procedure
4 41(a)(2). The Clerk's Office is directed to close this action.
5    IT IS SO ORDERED.
6 DATED: May 19, 2016

_____
UNITED STATES DISTRICT JUDGE

2